E. Susan Curren et al., Respondents, v. Howard O'Connor et al., Appellants.—

(*Sheingold* v. *Behrens*, 275 App. Div. 686; 276 App. Div. 973, motion for leave to appeal denied 301 N. Y. 816; *Roth* v. *Prudential Life Ins. Co. of America*, 266 App. Div. 872.) Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ., concur.

■

Yetta Katz, Appellant, v. Philip Katz et al., Respondents.—

No opinion. Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ.

■

Anthony F. Kondysar, Respondent, v. S. S. Kresge Company, Inc., Appellant. Carol A. Kondysar, an Infant, by Anthony F. Kondysar, Her Guardian ad Litem, Respondent, v. S. S. Kresge Company, Inc., Appellant.—

No opinion. This determination is based on the papers submitted at Special Term. Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ., concur.

■

John La Camera, by Rosario La Camera, His Guardian ad Litem, et al., Respondents, v. City of New York et al., Appellants.—

Actionable negligence cannot be predicated·upon the failure of defendants to prevent the infant from trespassing in the building. (*Carbone* v. *Mackchil Realty Corp.*, 296 N. Y. 154.) Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ., concur.